His Own Behalf and on Behalf of All Others Similarly Situated, v. AMERICAN DEPARTMENT STORES CORPORATION OF PENNSYLVANIA and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH ADLER v. LOUIS ADLER and Others.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

CLARK PLASTERING COMPANY v. SEABOARD SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

AUGUSTA STERN and SOL STERN v. NANCY TARULLI.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ISADORE ROBBIE v. SIMSON WOLF, Individually and as Executor and Trustee, etc., of EMANUEL HEILNER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNA DEGNAN KENNEDY and Others v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JAMES A. WOODWARD and Others v. ABE SCHIFF.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WALDEN ARMS, INC., v. JACOB A. BERNSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LENA KATZ v. JACOB A. BERNSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LUCY GUADAGNO v. MARIA GUADAGNO and JOSEPH GUADAGNO, SR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of IRVIN HUSIN, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of IRWIN ISAACS (Formerly Known as ISIDORE ISAACS), an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of TOBIAS E. PURCELL, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE LONG ISLAND RAILROAD COMPANY,